IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 4:16-MC-021-A |
| | § | |
| KATHY E. EMERY, | § | |
| | § | |
| Respondent. | § | |

ORDER

Came on for consideration the motion of petitioner, American Airlines, Inc., to quash or modify subpoena to testify at a deposition in a civil action, No. 14-80518, styled "Kathy E. Emery v. Allied Pilots Association," in the United States District Court for the Southern District of Florida. The court finds that the motion should be granted.

The court ORDERS that the motion to quash be, and is hereby, granted, and the subpoena the subject of the motion be, and is hereby, quashed.

SIGNED September 27, 2016.

_____
JOHN McBRYDE
United States District Judge