IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § § | |
| Petitioner, | § § | |
| VS. | § | NO. 4:16-MC-021-A |
| KATHY E. EMERY, | § § § | |
| Respondent. | § | |

## ORDER

The court, having considered the document filed by respondent, Kathy E. Emery, on October 7, 2016, the response of petitioner, American Airlines, Inc., the record, and applicable authorities, finds that no modification should be made to the court's order of September 27, 2016, quashing a subpoena issued by respondent to petitioner.

The court SO ORDERS.

SIGNED October 11, 2016.

_____
JOHN McBRYDE
United States District Judge